AO 93C  (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

| **Return** | | |
|---|---|---|
| Case No.:<br>2:22-MJ-01140 | Date and time warrant executed:<br>March 28, 2022, 8:45 am | Copy of warrant and inventory left with:<br>Left on pool table in premises of registered owner |

Inventory made in the presence of :
Michael Jia, Special Agent, Department of Homeland Security, OIG

Inventory of the property taken and name of any person(s) seized:
- Printer
- International Drivers License
- Miscellaneous documents

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: _____

CHRISTOPHER R LEES
Digitally signed by CHRISTOPHER R LEES
Date: 2022.04.05 19:58:44 -07'00'

*Executing officer's signature*

Christopher Lees, Special Agent

*Printed name and title*